IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 10-cv-01818-REB-MEH

ROBERT GOMEZ,

    Plaintiff,

v.

ERIC HOLDER, Attorney General of the United States, and
AKAL SECURITY, INC.,

    Defendants.

## ORDER OF RECUSAL

**Blackburn, J.**

    The matter is before me *sua sponte*. I am the chairman of the Court Security Committee for the District of Colorado. The plaintiff was and defendant AKAL Security, Inc,. is involved in providing security for the judicial officers and staff in various federal courts in the District of Colorado. Pursuant to 28 U.S.C. § 455, a judge should recuse himself from a case when his participation in the case creates an appearance of impropriety. *See United States v. Pearson*, 203 F.3d 1243, 1264 (10th Cir. 2000). To eschew the appearance of impropriety, I conclude that I must recuse myself from this case.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That under 28 U.S.C. § 455(a), I **RECUSE** myself from this case; and

    2. That the case **SHALL BE REASSIGNED** pursuant to D.C.COLO.LCivR 40.1B. and F.

    Dated August 2, 2010, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge