**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-01818-CMA-MEH

ROBERT GOMEZ,

    Plaintiff,

v.

ERIC HOLDER, Attorney General of the United States, and
AKAL SECURITY, INC.,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

    Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(ii) and the Notice of Stipulation for Dismissal With Prejudice (Doc. # 30), filed December 17, 2010, it is

    ORDERED that this cause of action is DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorneys' fees.

    DATED:  February __14__, 2011

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Court Judge